AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2020

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:20-mj-04110-MKD |
| FERNANDO GUSTAVO CASTANEDA-SANDOVAL | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/23/2020__ in the county of __Yakima__ in the __Eastern__ District of __Washington__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Luis Byerly*
Complainant's signature

Luis Byerly, DUSM
Printed name and title

☑ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: 03/24/2020

*M. K. Dimke*
Judge's signature

City and state: Richland, Washington

MARY K. DIMKE, U.S. Magistrate Judge
Printed name and title

AUSA: BDS    COUNTY: YAKIMA

COMPLAINT AFFIDAVIT

On December 22, 2016, Fernando Gustavo Castaneda-Sandoval (hereinafter "DEFENDANT") in the United States District Court for the Eastern District of Washington, was sentenced to a term of 41.5 months confinement and 36 months of supervised release in 1:15-CR-02037-LRS-1.  On April 13, 2018, the Defendant's supervised release commenced.  The Defendant's term of supervised release is scheduled to expire on April 12, 2021.

On October 29, 2019, U.S Probation filed a Petition for Warrant or Summons for Offender Under Supervision.  The Petition alleged multiple violations of supervised release.  On the same day, the Honorable Lonny R. Suko, Senior District Court Judge, ordered the issuance of an arrest warrant.

The Defendant was subsequently apprehended.  In regards to the October 29, 2019 petition, on January 30, 2020, the Defendant appeared for an Initial Appearance hearing.  At that time, the Honorable United States Magistrate Judge John T. Rogers remanded the Defendant to the custody of the United States Marshals Service. The United States Marshals Service1  confined the Defendant in the Yakima County Jail pending future court hearings.

---

1 The United States Marshals Service operates at the direction of the Attorney General.  See 28 C.F.R. § 0.1. Pursuant to 18 U.S.C. § 4086, the Attorney General, "shall provide for the safe-keeping of any person arrested, or held under authority of the any enactment of Congress pending commitment to an institution." Congress has authorized the Attorney General to delegate responsibility for the safe-keeping of pre-trial detainees to the United States Marshals Service. 18 U.S.C. § 4013. 18 U.S.C. § 4013 authorizes the Attorney General to make payments from the Federal Prisoner Detention Appropriation for the necessary clothing, medical care, guard services, housing,

On March 23, 2020, the Defendant and several other inmates broke through a door, jumped over a fence, and fled from the Yakima County Jail.

The Defendant's whereabouts are currently unknown.

*Luis Byerly*
—————————————————
Luis Byerly
United States Marshals Service

SWORN TO telephonically and subscribed electronically this 24th day of March, 2020.

*M. K. Dimke*
—————————————————
Honorable Mary K. Dimke
United States Magistrate Judge

---

care, and security of prisoners held in custody of a United States Marshal pursuant to federal law, under agreements with state or local units of government